May Term,
1859.

LOVE and Others *v.* MIKALS, Administrator.

LAWSON
*v.*
NEWCOMB.

APPEAL from the *Bartholomew* Court of Common Pleas.

*Friday,*
*June* 10.

*Per Curiam.*—*Mikals,* as administrator, filed his petition praying for an order to sell certain real estate of his intestate, to pay debts, &c. An order was granted, from which the defendants appeal. The appeal is prematurely taken, and cannot be sustained. The order for the sale is not a "final judgment" from which an appeal lies, under the provisions of § 556, 2 R. S. p. 159. This was settled in the case of *Staley* v. *Dorset,* 11 Ind. R. 367. That case was like the present, and must govern it.

The appeal is dismissed with costs.

*N. T. Hauser, R. Hill,* and *W. Singleton,* for the appellants.

*W. F. Pidgeon,* for the appellee.